IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02575-ZLW

LORENZO MARTINEZ,

    Applicant,

v.

B. DAVIS,

    Respondent.

---

ORDER DENYING MOTION FOR RECONSIDERATION

---

The matter before the Court is the "Notice of Appeal Motion for Reconsideration Based on Erroneous Assumption of the Facts" that Applicant Lorenzo Martinez, a *pro se* prisoner litigant, filed on March 15, 2010. Mr. Martinez is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Prison Camp in Florence, Colorado. Mr. Martinez seeks reconsideration of the Order of Dismissal and the Judgment entered on February 12, 2010. The Court must construe the Motion liberally because Mr. Martinez is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Court will construe the Motion as filed pursuant to Fed. R. Civ. P. 59(e) and deny the Motion.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). A motion to alter or amend the judgment must be filed within twenty-eight days after the judgment is entered. See Fed. R. Civ. P. 59(e).

Final decisions are those that end the litigation on the merits and leave nothing for the district court to do except execute the judgment. *Van Cauwenberghe v. Biard*, 486 U.S. 517, 521-22 (1988); *In re Durability, Inc.*, 893 F.2d 264, 265 (10th Cir. 1990). The Order of Dismissal and the Judgment entered on February 12 denied the Application and dismissed the action on the merits. The instant Motion was signed and dated by Mr. Martinez on March 1, 2010. The Motion, however, was not filed with the Court until March 15, 2010, which is beyond the twenty-eight days allowed for filing motions for reconsideration under Rule 59(e). The Court, nonetheless, notes that the envelope in which the Motion was sent to the Court is postmarked March 12, 2010, which is within the twenty-eight days allowed for filing a motion for reconsideration under Rule 59(e). The Court, therefore, will construe the Motion for Reconsideration as filed pursuant to Fed. R. Civ. P. 59(e). *See Van Skiver*, 952 F.2d at 1243 (stating that a motion for reconsideration should be construed as filed pursuant to Rule 59(e) when it is filed within the ten-day limit (limit effective prior to December 1, 2009) set forth under Rule 59(e)).

The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). A motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. *Id.* (citing *Van Skiver*, 952 F.2d at 1243). Upon consideration of the

Motion and the entire file, and for the reasons set forth in the February 12 Order of Dismissal, the Court concludes that Mr. Martinez fails to demonstrate that the Court misapprehended the facts, his position, or the controlling law and that reinstatement of this action is deserving. Accordingly, it is

ORDERED that Mr. Martinez's Motion for Reconsideration (Doc. No. 11) filed on March 15, 2010, is denied. It is

FURTHER ORDERED that the Clerk of the Court is instructed to process the Notice of Appeal accordingly.

DATED at Denver, Colorado, this __18th__ day of __March__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02575-ZLW

Lorenzo Martinez
Reg No. 07649-081
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

Lisa A. Christian
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/18/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk